# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

2008 MAR -5 AM 11: 41

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Alton Bernard Blakely ) | Case No: CR401-00031-001 |
| ) | USM No: 10043-021 |
| Date of Previous Judgment: May 15, 2001 ) | Edward Newberry, Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 17 | Amended Offense Level: | 15 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 37 to 46 months, | Amended Guideline Range: | 30 to 37 months, |
| | plus 60 months | | plus 60 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __May 15, 2001,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 5, 2008

_____
Judge's signature

Effective Date: March 15, 2008
(if different from order date)

William T. Moore, Jr.
Chief Judge, U.S. District Court
Printed name and title